**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 12-cr-00412-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEREMY BROWN,

    Defendant.

---

**ORDER REGARDING COMPETENCY HEARING**

---

This matter is before the Court *sua sponte*. At a hearing on March 7, 2013, the Court found that there was reasonable cause to believe the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241(a).

The Defendant currently is being held at the Federal Detention Center in Englewood, which may have arrangements with professional staff capable of performing a psychological evaluation and providing a report to the Court and the parties. For the reasons set forth by the Court at the March 7, 2013, hearing, and pursuant to 18 U.S.C. § 4241(a), the Court ORDERS that a psychiatric or psychological examination of Defendant Jeremy Brown be conducted by the Bureau of Prisons, and that a report

thereof be filed with the Court UNDER RESTRICTION LEVEL 2, with access to both government and defense counsel.

IT IS FURTHER ORDERED that, depending upon the conclusions of such psychiatric or psychological report, the Court may set the matter of competency for a hearing under 18 U.S.C. § 4241.

DATED:  March   07  , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge