TRULINCS 37816013 - BROWN, JEREMY TODD - Unit: ENG-J-B

---

FROM: 37816013
TO:
SUBJECT:
DATE: 04/16/2014 09:14:33 PM

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 18 2014

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA
PLAINTIFF

V.                                                    CASE NO 12-CR-00412-CMA

JEREMY BROWN
DEFENDANT

---

MOTION FOR MENTAL EVALUATION AND SUBSTITUTE COUNSEL

---

Comes now defendant Jeremy Brown proceeding pro se litigant in this matter respectfully moves this honorable court for a mental evaluation and substitute counsel. This is due to a conflict of interest with the moving defendant and his attorney, Thomas Hammond. Defendant Brown and his attorney have developed an irreconcilable difference and conflict of interest in his representation of Mr. Brown due to the fact that the defendant has had a history of mental illness issues througout his life. However Mr. Hammond has failed to petition the court for a mental competency evaluation. Nor has Mr. Hammond properly advised defendant of the nature of the PSR or objections to the PSR. Defendant Brown asserts that Mr. Hammond has been ineffective and that the moving defendant has a right to have a mental health evaluation, and that because of the fact that defendant Brown has had a long mental health history. Defendant Brown may be suffering from mental illness or defect. The court should have all the facts before the court. Determines an appropriate sentence for defendant Brown who has a right to effective assistance of counsel under the 6th ammendment. Defendant Brown realizes that the sentencing hearing on this matter is soon. However the court should inquire regarding the status of defenant Browns mental health before the sentencing hearing. However Mr. Hammond has not motioned the court despite numerous requests by Mr. Brown and Mr. Browns family. Defendant Brown respectfully requests substitute counsel in this matter and a continuance due to the fact the defendants attorney will not motion for a mental health evaluation. Defendant Brown is filing his own pro se request for a mental health evaluation in accordance with law and defendants right to effective assistance of counsel and due process.

Jeremy Brown
Federal Detention Center
9595 W Quincy Ave
Littleton, Co 80123

*Jeremy Brown*
April 16th 2014